IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-1182-AP**

**LORI MANNELLA,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER OF TRANSFER

Kane, J.

This matter is before the court on Defendant's Unopposed Motion for Dismissal or Transfer Because of Improper Venue (doc. #7), filed August 22, 2006.  The Motion is GRANTED.  It is

ORDERED that, because plaintiff resides in Bisbee, Arizona, this case is TRANSFERRED to the United States District Court for the District of Arizona.

Dated this 30th day of August,2006.

                                        BY THE COURT:

                                        s/**John L. Kane**
                                        Senior Judge, United States District Court